# Exhibit A



**CORPORATION SERVICE COMPANY**

# Notice of Service of Process

null / ALL
Transmittal Number: 13963253
Date Processed: 06/30/2015

Primary Contact:   Shannan R. Powell
Portfolio Recovery Associates, Inc.
140 Corporate Boulevard
Norfolk, VA 23502

| | |
|---|---|
| Entity: | Portfolio Recovery Associates, LLC<br>Entity ID Number 1653471 |
| Entity Served: | Portfolio Recovery Associates, LLC |
| Title of Action: | Jarrett R. Jenkins vs. Portfolio Recovery Associates, LLC |
| Document(s) Type: | Summons |
| Nature of Action: | Contract |
| Court/Agency: | Nassau County District Court, New York |
| Case/Reference No: | CV-008835-15 |
| Jurisdiction Served: | New York |
| Date Served on CSC: | 06/29/2015 |
| Answer or Appearance Due: | 20 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Jarret R. Jenkins<br>Not Shown |

Notes:   PDF Matches Original Document, 1 Page and Only Summons.

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com

*Defendant Copy*

CV-008835-15

DISTRICT COURT OF THE COUNTY OF NASSAU
FIRST DISTRICT, CIVIL PART

INDEX NO.

Jarrett R. Jenkins

SUMMONS
(without FORMAL PLEADINGS)

Plaintiff's Residence Address:
334 Locust Street, Apt. 1
West Hempstead, NY 11552-3044

Plaintiff(s)

-against-

Portfolio Recovery Associates, LLC

Defendant(s)

The basis of the venue designated is:
Transaction took place in
Nassau County

To the above named defendant(s):

YOU ARE HEREBY SUMMONED and required to appear in the District Court of the COUNTY OF NASSAU, First District, at the office of the Clerk of the said court at 99 Main Street, Hempstead, in the County of Nassau, State of New York, either (i) by serving and answer * within 20 days after service of this summons upon you, exclusive of the day of service, upon plaintiff at the address stated above or (ii) by appearing at the clerk's office within 20 days after service of this summons upon you exclusive of the day of service, by having the clerk of the court endorse your answer upon this summons; upon your failure to answer, judgment will be taken against you for the sum of $1, 500.00 with interest thereon from the 23rd  day of June, 2011, together with the costs of this action.

Date: the 19ᵗʰ Day of June 2015.

_____
Pro Se Plaintiff

*You need  not to physically go to court to serve an answer under option (i).  However, you are required to file a copy of your answer together with proof of service with the clerk of the district in which the action is brought within ten days after service of the answer.

Statement of the nature and substance of plaintiff's cause of action: Breach of contract

ORDERED that formal pleadings be dispensed with pursuant to 22 NYCRR section 212.7(a), Nassau County District Court Rules.

Dated: June 19, 2015

Sandra Lee

SANDRA LEE
CLERK - CIVIL TERM